HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICKY SCHUH, *et al.*, | CASE NO. 2:25-cv-01267-RAJ |
| Plaintiffs, | ORDER |
| v. | |
| BURLEIGH COUNTY NORTH DAKOTA, *et al.*, | |
| Defendants. | |

THIS MATTER comes before the Court on Plaintiffs' Response to Order to Show Cause, Dkt. # 30.  Upon consideration of Plaintiffs' Response, the Court will permit Plaintiffs to proceed with this case and attempt service on the Defendants.  Plaintiffs are on notice of the potential deficiencies identified in the Court's January 30, 2026 Order to Show Cause.  However, in light of Plaintiffs' *pro se* status and that the case is not subject to review under 28 U.S.C. § 1915(e)(2)(B), the Court declines to dismiss this action *sua sponte* at this time.  Pursuant to Federal Rule of Civil Procedure 4(m), the Court **EXTENDS** the time for service to **July 27, 2026**.

Dated this 26th day of May, 2026.

Richard A. Jones

The Honorable Richard A. Jones
United States District Judge

ORDER – 1